# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER C. GIBSON, JR.

NO. 2019 KW 1361

JAN 1 6 2020

---

In Re:      Walter C. Gibson, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 902597.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT